■ In the Matter of GLORIA C., Appellant, v JOSEPHINE I., Respondent. [968 NYS2d 802]—

Order, Family Court, New York County (Carol J. Goldstein, Ref.), entered on or about July 20, 2010, which, after a factfinding hearing, dismissed the petition for an order of protection, unanimously affirmed, without costs.

Petitioner failed to demonstrate by a fair preponderance of the evidence that respondent acted with an intent to harass, annoy or alarm petitioner, and repeatedly committed acts that served no legitimate purpose (*see generally* Family Ct Act § 832; *Matter of Melind M. v Joseph P.*, 95 AD3d 553, 555 [1st Dept 2012]). Accordingly, the Family Court correctly determined that respondent did not commit acts that constituted harassment in the second degree (*see* William C. Donnino, Practice Commentary, McKinney's Cons Laws of NY, 2013 Electronic Update, Penal Law § 240.26). There is no basis to disturb the court's credibility determinations (*see Matter of Everett C. v Oneida P.*, 61 AD3d 489 [1st Dept 2009]).

Petitioner's appellate brief does not challenge the Family Court's conclusion that the petition's other allegations were without merit; accordingly, those allegations are deemed

abandoned (*see Matter of Wechsler v New York State Adirondack Park Agency*, 85 AD3d 1378, 1379 n 2 [3d Dept 2011]). Concur—Mazzarelli, J.P., Andrias, DeGrasse, Freedman and Manzanet-Daniels, JJ.